# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JASON HEAD, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:15-cv-02118-RDP |
| NORFOLK SOUTHERN RAILWAY CO., | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Rule 41 Stipulation of Dismissal with Prejudice (Doc. # 74), filed March 5, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 5, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE